# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00702-CR

**Irene Mendez Palomo, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 04-356-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant Irene Mendez Palomo of two counts of aggravated sexual assault of a child, for which it imposed prison terms of thirty-five and sixty-nine years. *See* Tex. Pen. Code Ann. § 22.021 (West Supp. 2005). The jury also imposed a $10,000 fine for each count.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of her right to

examine the appellate record and to file a written response to counsel's brief. She did so in the form of a letter to the Court.

We have reviewed the record, counsel's brief, and appellant's written response. We agree with counsel that the appeal is frivolous. We find nothing in the record that might arguably support the appeal. *See Bledsoe v. State*, No. PD-300-04, 2005 Tex. Crim. App. LEXIS 1969, at *7-8 (Tex. Crim. App. Nov. 16, 2005). Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Patterson and Puryear

Affirmed

Filed:   February 16, 2006

Do Not Publish